NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

07-3071

RICHARD H. CARLSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Peter B. Broida, of Arlington, Virginia, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, Rosa M. Koppel, Deputy General Counsel, and Sara B. Rearden, Acting Associate General Counsel.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

07-3071

RICHARD H. CARLSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the     MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).     CH0752040095-C-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>July 17, 2007</u>      <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk